```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
GREYHAWK HATHORNE LENDER, LLC,   :
 :
                Plaintiff,   :
 :    25-cv-2709 (LJL)
    -v-   :
 :    ORDER
ZACHARY A VELLA,   :
 :
                Defendant.   :
                                    X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      Defendant removed this case from New York Supreme Court on April 1, 2025. Dkt. No. 1. Plaintiff filed a motion to remand on April 23, 2025. Dkt. No. 5. On April 28, 2025, Defendant filed an amended notice of removal adding new legal bases for removal. Dkt. No. 12.

      Plaintiff is directed to submit a supplemental letter brief in support of remand by May 6, 2025, addressing any new issues raised by Defendant's filing of an amended notice of removal. Defendant's deadline to oppose the motion to remand is extended to May 12, 2025, and Defendant's opposition shall also address any issues raised in Plaintiff's supplemental letter brief. Plaintiff shall reply by May 19, 2025.

      SO ORDERED.

Dated: April 30, 2025
       New York, New York
                                               LEWIS J. LIMAN
                                               United States District Judge