UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREYHAWK HAWTHORNE LENDER, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZACHARY A. VELLA,<br><br>　　　　　　Defendant. | Case No.:  25-CV-02709-LJL<br><br>**JUDGMENT** |

　　　　It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated and filed July 31, 2025 (ECF 29), plaintiff Greyhawk Hawthorne Lender, LLC's motion to be awarded attorneys' fees and costs is GRANTED to the extent set forth therein.  Judgment is entered in favor of Greyhawk Hawthorne Lender, LLC and against defendant Zachary A. Vella in the amount of $62,060.60 plus post-judgment interest pursuant to 28 U.S.C. §1961 from _____, _____, 2025 and that plaintiff have execution therefor.

Dated:  New York, New York
　　　　　August ___, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Tammi M. Hellwig_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk